RECEIVED AND FILED

JUN 27 2023

EVA J. GIVENS, CIRCUIT CLERK
BY_____ D.C.

IN THE CIRCUIT COURT OF ADAMS COUNTY, MISSISSIPPI

CRAIG AND PATTI SANDERS ................................................................ PLAINTIFFS

v.                                                    CAUSE No. 23-KV-0065-B

ALLSTATE INSURANCE COMPANY AND
ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY .................................................. DEFENDANT

CERTIFIED TRUE COPY

AUG 07 2023

EVA J. GIVENS, CIRCUIT CLERK
BY_____ D.C.

## COMPLAINT

**COMES NOW** the Plaintiffs, Craig and Patti Sanders, by and through counsel of record, and files this Complaint against Defendant Allstate Insurance Company and, in support thereof, would respectfully show unto the Court as follows:

### PARTIES

1.

Plaintiffs, Craig and Patti Sanders, are adult residents of Adams County, Mississippi.

2.

Defendant, ALLSTATE INSURANCE COMPANY, is an insurance company formed under the laws of the state of Illinois, with its home office located at 2775 Sanders Road, Northbrook, Illinois, and licensed to do business in the State of Mississippi on June 1, 1974. This Defendant may be served with process of this Court either through its registered agent, C T Corporation System of Mississippi, which may be served at the address of 645 Lakeland East Drive, Suite 101, Flowood, Mississippi; or through MIKE CHANEY, Commissioner of Insurance, Mississippi Insurance Department, 1001 Woolfolk State Office Building, 501 North West Street, Jackson, Mississippi. Plaintiff respectfully requests that process be returned to counsel for the Plaintiff for private process service on this Defendant.

1

**3.**

Defendant, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, is an insurance company formed under the laws of the state of Illinois, with its home office located at 2775 Sanders Road, Northbrook, Illinois, and licensed to do business in the State of Mississippi on June 1, 1974. This Defendant may be served with process of this Court either through its registered agent, C T Corporation System of Mississippi, which may be served at the address of 645 Lakeland East Drive, Suite 101, Flowood, Mississippi; or through MIKE CHANEY, Commissioner of Insurance, Mississippi Insurance Department, 1001 Woolfolk State Office Building, 501 North West Street, Jackson, Mississippi. Plaintiff respectfully requests that process be returned to counsel for the Plaintiff for private process service on this Defendant.

## JURISDICTION AND VENUE

**4.**

Jurisdiction and venue are proper in the Circuit Court of Adams County, Mississippi, as the subject accident occurred in Adams County, Mississippi.

## FACTS

**5.**

On or about July 17, 2020, Plaintiff, Patti Sanders, with Plaintiff Craig Sanders as her passenger, were heading west on John Quitman Boulevard in Natchez, Mississippi, near the junction with Auburn Avenue, when Plaintiffs were struck on the driver's side by James Crum, who drove across the median into traffic, ignoring his stop sign. At the time, Crum was driving a 2006 Toyota Tacoma when he struck the Plaintiffs, who were rightfully proceeding in their designated lane of traffic. This collision in Adams County, Mississippi, proximately caused serious

injuries and damage to Plaintiffs as outlined below. It is clear that Crum was the cause of this accident when he failed to stop his vehicle and allowed it to collide with the Plaintiffs' vehicle.

### 6.

Immediately prior to the collision, Crum failed to keep a reasonable, vigilant lookout for traffic or any other hazards which could have reasonably been foreseen, and failed to keep his vehicle under free and easy control and allowed it to collide with Plaintiffs' vehicle. At the time of the accident, Crum was underinsured.

### **NEGLIGENCE OF JAMES CRUM**

### 7.

Plaintiffs re-allege and incorporate by reference the preceding paragraphs above, as if set forth in full hereinafter.

### 8.

Crum at all times relevant hereto, had a duty to operate his vehicle in a safe, reasonable manner.

### 9.

On or about July 17, 2020, said duty was breached when Crum drove his vehicle in a reckless and negligent manner, thereby causing the aforementioned collision in Adams County, Mississippi. At all times relevant hereto, Plaintiff Patti Sanders operated her vehicle in a reasonable manner.

### 10.

Crum's negligence includes, but is not limited to, the following:

(i)  a reckless manner of driving, violating state law;

3

(ii) failure to keep his vehicle under free and easy control;

(iii) failure to take reasonable and necessary measures to avoid the collision;

(iv) failure to keep a proper and reasonable lookout under the circumstances;

(v) failure to obey any and all traffic signs and rules of the road.

**11.**

As a proximate result of said negligence of Crum, Plaintiffs have suffered damages as outlined below.

**COUNT I**
**UNINSURED MOTORIST CLAIM AGAINST**
**ALLSTATE INSURANCE COMPANY AND**
**ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**
**FOR JAMES CRUM'S NEGLIGENCE**

**12.**

Plaintiffs re-allege and incorporate by reference the preceding paragraphs above, as if set forth in full hereinafter.

**13.**

At the time of the subject accident, Plaintiff Patti Sanders and the vehicle she was operating were insured by Allstate by policies purchased by Plaintiffs Craig and Patti Sanders. Plaintiffs are therefore insured under any and all uninsured/underinsured motorist policies written by Defendants Allstate Insurance Company and Allstate Property and Casualty Company that were in effect at the time of the subject motor vehicle accident for said vehicle and in effect for all other vehicles owned by Plaintiffs and/or other resident relatives in the same household. Said policies had limits of uninsured/underinsured motorist coverage of at least $100,000 per vehicle.

**14.**

Plaintiffs are entitled to recover from said uninsured/underinsured motorist carriers, up to the applicable policy limits, all of those amounts they would be entitled to recover from the tortfeasors for damages sustained as a proximate result of the accident described herein, with credit being given to the uninsured motorist carriers for any liability coverage tendered by insurance carriers for the tortfeasors.

**15.**

The Plaintiffs are entitled to aggregate, or "stack", all the applicable uninsured/underinsured motorist policies described herein. At the time of the July 17, 2020, motor vehicle accident between Plaintiff and Defendant, the Plaintiffs had three vehicles insured through Defendants Allstate Insurance Company and Allstate Property and Casualty Company under policy numbers <u>995 124 757</u>, <u>648 805 141</u>, and <u>648 806 521</u>, and each vehicle had $100,000, $1,000,000, and $1,000,000 in uninsured motorist coverage, respectively. Plaintiffs and Defendants both have control and possession of said policies.

## **DAMAGES**

**16.**

Plaintiffs re-allege and incorporate by reference the preceding paragraphs above, as if set forth in full hereinafter.

**17.**

As a proximate result of the negligence alleged herein, Plaintiffs sustained injuries and incurred substantial damages as listed hereinbelow including, but not limited to, the following:

(a) Past, present, and future doctor, hospital, drug, and medical bills;

(b) Past, present and future mental anguish and emotional distress;

5

(c) Past, present and future physical pain and suffering;

(d) Inconvenience and discomfort;

(e) Permanent physical impairment;

(f) Loss of enjoyment of life; and

(g) Any other relief which the Court or jury deems just or appropriate based upon the circumstances.

**WHEREFORE**, Plaintiffs request this Honorable Court award damages as against these Defendants to Plaintiffs for all damages as referenced herein, in amounts to be determined by a jury, all reasonably believed to be in excess of this Court's jurisdictional minimum. Further, Plaintiffs pray for general relief.

This the 27 day of June 2023.

CRAIG AND PATTI SANDERS, PLAINTIFFS

BY: RODERICK D. WARD III
ATTORNEY FOR THE PLAINTIFF

**OF COUNSEL:**

**RODERICK D. WARD III**
**WARD LAW, LLC**
**221 SUNNYBROOK RD. SUITE A**
**RIDGELAND, MS 39157**
**PHONE: (601) 366-7777**
**FAX: (601) 366-7781**

CERTIFIED
TRUE COPY

AUG 07 2023

EVA GIVENS, CIRCUIT CLERK

BY _____ D.C.

IN THE CIRCUIT COURT OF ADAMS COUNTY, MISSISSIPPI

**CRAIG AND PATTI SANDERS**                                      **PLAINTIFFS**

v.                                                                                   CAUSE No. 23-KV-0065-B

**ALLSTATE INSURANCE COMPANY AND**
**ALLSTATE PROPERTY AND**
**CASUALTY INSURANCE COMPANY**                          **DEFENDANT**

SUMMONS
BY PRIVATE PROCESS SERVER

THE STATE OF MISSISSIPPI
BY PRIVATE PROCESS SERVER

TO:     **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**
        **CT CORPORATION SYSTEM OF MISSISSIPPI**
        **645 Lakeland East Dr. Suite 101**
        **Flowood, Mississippi 39232**

<u>NOTICE TO DEFENDANT</u>

THE COMPLAINT, INTERROGATORIES PROPOUNDED TO DEFENDANT BY PLAINTIFFS AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT BY PLAINTIFFS, WHICH ARE ATTACHED TO THIS SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

      You are required to mail or hand-deliver a copy of a written response to the Complaint and Interrogatories and Request for Production of Documents to HONORABLE RODERICK D. WARD, III the attorney for the Plaintiffs, whose address is 221 SUNNYBROOK RD., SUITE A, RIDGELAND, MS, 39157.

      Your response must be mailed or delivered within forty-five (45) days from the date of delivery of this Summons, Complaint and Discovery or a judgment by default will be entered against you for the money or other things demanded in the complaint.

      You must file the original of your response with the Clerk of this Court within a reasonable time afterward.

      Issued under my hand and seal of said Court, this the 27th day of June, 2023.

                                                               EVA GIVENS, CIRCUIT CLERK
                                                              ADAMS COUNTY, MISSISSIPPI

                                       BY: _____, D.C.
                                                 CIRCUIT CLERK

7



RECEIVED AND FILED

AUG 03 2023

EVA J. GIVENS, CIRCUIT CLERK
BY_____ D.C.

## IN THE CIRCUIT COURT OF ADAMS COUNTY, MISSISSIPPI

**CRAIG AND PATTI SANDERS**                                **PLAINTIFF**

**VS.**                                                    **CAUSE NO. 23-KV-0065-B**

**ALLSTATE INSURANCE COMPANY**                             **DEFENDANT**
**AND ALLSTATE PROPERTY AND**
**CASUALTY INSURANCE COMPANY**



CERTIFIED TRUE COPY

AUG 07 2023

EVA J. GIVENS, CIRCUIT CLERK
BY_____ D.C.

### NOTICE OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 26th day of July, 2023, the Defendant, Allstate Insurance Company, (hereinafter referred to as "Allstate" or the "Defendant") filed a Notice of Removal to effectuate removal of the above captioned case from the Circuit Court of Adams County, Mississippi, to the United States District Court for the Southern District of Mississippi, Western Division.

PLEASE TAKE FURTHER NOTICE that upon filing the above referenced Notice of Removal, Defendant Allstate is filing this notification with the Circuit Clerk of Adams County, Mississippi, and is attaching the said Notice of Removal as **Exhibit "A"** to effectuate removal under 28 U.S.C. §§ 1332, 1441, and 1446.

Defendant Allstate submits that this Court is required to proceed no further in this action, unless the action is remanded by order of the United States District Court for the Southern District of Mississippi, Western Division.

Respectfully submitted, this the 31st day of July, 2023.

                                ALLSTATE INSURANCE COMPANY,
                                *Defendant*

                              BY:  WILKINS PATTERSON

                              BY:  _____
                                    ROBERT R. STEPHENSON (MSB No. 10772)

**WILKINS PATTERSON SMITH PUMPHREY & STEPHENSON, P.A.**
One LeFleur's Square, Suite 108
4735 Old Canton Road [39211]
Post Office Box 13429
Jackson, Mississippi 39236-3429
601-366-4343 | phone
601-981-7608 | fax
bstephenson@wilkinspatterson.com

## CERTIFICATE OF SERVICE

I, ROBERT R. STEPHENSON, attorney of record for Defendant, Allstate Insurance Company, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the MEC Filing System which sent notification of such filing to the following:

        Roderick D. Ward III
        WARD LAW, LLC
        221 Sunny Brook Road, Suite A
        Ridgeland, MS 39157
        Phone (601) 366-7777
        *Attorney for Plaintiff*

        C. Paige Herring
        McAngus Goudelock and Courie, LLC
        1020 Highland Colony Pkwy, Suite 706
        Ridgeland, MS 39157
        Phone    (601) 427-7537
        *Attorney for Defendant*

SO CERTIFIED, this the 31st day of July, 2023.

                                          _____
                                          ROBERT R. STEPHENSON