IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

CRAIG SANDERS, et al.                                              PLAINTIFFS

V.                                   CIVIL ACTION NO. 5:23-cv-70-DCB-BWR

ALLSTATE INSURANCE COMPANY, et al.                                 DEFENDANTS

## ORDER

BEFORE THE COURT is Craig and Patti Sanders' ("Plaintiffs") Unopposed Motion to Confess Defendant Allstate Insurance Company's Motion for Partial Summary Judgment and to Withdraw Plaintiffs' Motion for Leave to File Amended Complaint ("Plaintiffs' Motion") [ECF No. 39] filed April 11, 2024.

Defendant's Motion for Partial Summary Judgment asks that the Court grant partial summary judgment as to two policies at issue in this matter. [ECF No. 37]. First, Defendant shows that policy number 648805141, issued to Legacy Insurance Group, Inc., does not provide either uninsured motorist or underinsured motorist coverage to Plaintiffs. Id. at 3. Furthermore, Defendant submits that policy number 648806521, issued to Elite Realty of Natchez, LLC, provides $1,000,000 in coverage "subject to applicable offsets and credits." Id.

In the instant motion, Plaintiffs confess to Allstate Insurance Company's ("Defendant") Motion for Partial Summary

1

Judgment. [ECF No. 37]. Plaintiffs further ask the Court to withdraw their Motion for Leave to File an Amended Complaint. [ECF No. 27].

In a motion for summary judgment, the movant must show "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." FED. R. CIV. P. 56(a). Here, the Court cannot find any genuine disputes to any material facts contained within Defendant's Motion for Partial Summary Judgment [ECF No. 37] because Plaintiffs have confessed to such motion. [ECF No. 39]. Therefore, the Court, having examined the motion, the record, the applicable legal authority, and being fully informed in the premises, finds Plaintiffs' Motion to be well taken and shall be granted.

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Confess Defendant Allstate Insurance Company's Motion for Partial Summary Judgment and to Withdraw Plaintiffs' Motion for Leave to File Amended Complaint [ECF No. 39] is GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion for Partial Summary Judgment [ECF No. 37] is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Leave to File Amended Complaint [ECF No. 27] is WITHDRAWN.

SO ORDERED, this 23rd day of July, 2024.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE