IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CRAIG AND PATTI SANDERS**                                             **PLAINTIFFS**

v.                                                                    CAUSE NO.: 5:23-cv-70-DCB-BWR

**ALLSTATE INSURANCE COMPANY AND
ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY**                                            **DEFENDANTS**

### FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 18th day of November 2024.

　　　　　　　　　　　　　　　　　　　　　/s/ David Bramlette
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE